## Fourth Department, October, 1906.

The People of the State of New York, Respondent, v. Willis G. Price, Appellant. — Judgment of conviction affirmed. All concurred.

Central Trust Company of New York v. The Pittsburg, Shawmut and Northern Railroad Company and Others. Frank Sullivan Smith, as Receiver of The Pittsburg, Shawmut and Northern Railroad Company and the Mortgaged Properties of the Shawmut Mining Company and The Kersey Mining Company, Appellant; Frederick B. Cochran and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Hammond Funsoosten, Respondent, v. Summit Foundry Company, Appellant.— Order reversed, with ten dollars costs and disbursements and motion granted, without costs. *Held*, that wherever the complaint alleges, after specifying defects, *or " otherwise " failed*, etc., the order should require the plaintiff to state in what particulars the defendant failed to perform its duty to the plaintiff; in what respect the place where the plaintiff was at work was "otherwise" dangerous, and in what respect the plaintiff was " otherwise severely injured." In case the plaintiff elects to strike these various allegations from the complaint he will be permitted to do so, in which event the motion is denied, with ten dollars costs and disbursements in this court to the appellant. The form of the order to be settled by and before Mr. Justice Spring on two days' notice. All concurred.

James S. McDougall, Appellant, v. The City of Buffalo, Impleaded with Mary Anna White, Respondent.— Order reversed, with ten dollars costs and disbursements against the respondent White, and motion to set aside order for examination granted, except as to that part of said order which permits a physical examination. All concurred, except Williams, J., who dissented.

New York and Kentucky Company, Respondent, v. Fred Knecht, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Louis T. Prettejohn, Respondent, v. Joseph V. Wilson and Charles D. Wilson, Appellants.— Interlocutory judgment affirmed, with costs. All concurred.

Rose Fish, an Infant, by John Fish, Her Guardian ad Litem, Respondent, v. Utica Steam and Mohawk Valley Cotton Mills, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Nash, JJ., who dissented.

Luzerne A. Todd, Appellant, v. Municipal Telegraph and Stock Company, Respondent.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., and Kruse, J., who dissented upon the ground that the course of dealing between the parties conclusively establishes that they were engaged in gambling transactions.

William Allison, Respondent, v. Elmer E. Hubbard, Appellant.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that it was error to charge as matter of law that the defendant was liable for conversion on account of the sale of the team of horses at the auction unless the plaintiff consented thereto.

Charles G. Bennett, Respondent, v. The City of Utica, Appellant.— Judgment and order affirmed, with costs. All concurred.

Hazel Hart, by Almon Bidwell, Her Guardian ad Litem, Respondent, v. The City of Fulton, Appellant.— Judgment and order affirmed, with costs. All concurred.

Max Bachman, Respondent, v. Horace G. Oliver, as President of Rochester Musicians' Protective Association, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, for the reason that the order upon which the order of sequestration was based has been reversed by the Court of Appeals. All concurred.

Ellen Dorn, Appellant, v. Orson C. Bates, Respondent.— Judgment affirmed, with costs. All concurred.

Jessie Johnson, Respondent, v. Rochester Railway Company, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.